930

No. 155. MICHIGAN NATIONAL BANK ET AL. *v.* MICHIGAN ET AL. Appeal from the Supreme Court of Michigan. Probable jurisdiction noted, *ante,* p. 810. The motion of the Franklin National Bank of Long Island for leave to file brief, as *amicus curiae,* is denied. The motion of Mellon National Bank and Trust Company et al. for leave to file brief, as *amici curiae,* is denied. The motion to strike names of State Bank of St. Johns et al. from motion of Community National Bank of Pontiac et al. for leave to file brief, as *amici curiae,* is granted, and the motion of Community National Bank of Pontiac et al. for leave to file brief, as *amici curiae,* is denied.

No. 229, Misc. FOGLE *v.* MARONEY, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 546, Misc. STURDEVANT *v.* KERR, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 526, Misc. CUMMINGS *v.* PALMER ET AL.; and
No. 595, Misc. MOJICA *v.* UNITED STATES. Motions for leave to file petitions for writs of certiorari denied.

No. 551, Misc. BERSET *v.* UNITED STATES ET AL. Motion for leave to file petition for writ of injunction denied.

No. 126, Misc. HOYT *v.* FLORIDA. Appeal from the Supreme Court of Florida. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted, and case transferred to appellate docket. *Herbert B. Ehrmann* and *C. J. Hardee, Jr.* for appellant. *Richard W. Ervin,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for appellee.